## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| HAKAN YALINCAK, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL CASE NO: 3:07-CV-00130 (JBA) |
| RENEE E. RING, PAUL ZOFNASS, AND 229 UPPER SHAD ROAD, LLC, | ) |
| Defendants. | ) MARCH 5, 2007 |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

In light of pending discussions with the defendants by Plaintiff's counsel, Bernard M. Grossberg, the Plaintiff Hakan Yalincak, hereby dismisses his causes of action in the above entitled matter pursuant to Rule 41(b) without prejudice to any rights of the Plaintiff to recommence this action, as to all the defendants.

Respectfully submitted,
HAKAN YALINCAK,

Hakan Yalincak, Pro Se
c/o Bernard M. Grossberg, Esq.
30 Woodland St. Suite 11-I
Hartford, CT 06105
(860) 247-0138 Tel.
(617) 737-8223 Fax.
bgrossberg@grossberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___5th___ day of March, 2007, I caused to be delivered via first class mail, postage pre-paid, a true copy of the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE to the following:

Renee Ring
229 Upper Shad Road
Pound Ridge, NY 10576

Paul Zofnass
229 Upper Shad Road
Pound Ridge, NY 10576

229 Upper Shad Road, LLC
229 Upper Shad Road
Pound Ridge, NY 10576

                                                       Respectfully submitted,
                                                       HAKAN YALINCAK,

                                                       Hakan Yalincak, Pro Se
                                                       c/o Bernard M. Grossberg, Esq.
                                                       30 Woodland St.
                                                       Suite 11-I
                                                       Hartford, CT 06105
                                                       (860) 247-0138 Tel.
                                                       (617) 737-8223 Fax.
                                                      bgrossberg@grossberglaw.com